Electronically Filed - St Charles Circuit Div - January 12, 2021 - 01:09 PM



IN THE **11TH JUDICIAL CIRCUIT** COURT, **ST. CHARLES COUNTY**, MISSOURI

Liliokalani Mossman,
    Plaintiff,

vs.

Kevin Cogle,
    Defendant.

Case Number: 2111-CC00027

# Entry of Appearance

Comes now undersigned counsel and enters his/her appearance as attorney of record for Liliokalani Mossman, Plaintiff, in the above-styled cause.

/s/ Tara Knowlton
Tara Knowlton
Mo Bar Number: 72342
Attorney for Plaintiff
2642 Highway 109
Suite F
Wildwood, MO 63040
Phone Number: (314) 500-6000
tara@geofflawfirm.com

## Certificate of Service

I hereby certify that on _____January 12th, 2021_____, a copy of the foregoing was sent through the Missouri eFiling system to the registered attorneys of record and to all others by facsimile, hand delivery, electronic mail or U.S. mail postage prepaid to their last known address.

/s/ Tara Knowlton
Tara Knowlton

OSCA (10-14) GN230      1 of 1

**Exhibit B**

 IN THE 11TH JUDICIAL CIRCUIT, ST. CHARLES COUNTY, MISSOURI

| Judge or Division:<br>MICHAEL JAMES FAGRAS | Case Number: 2111-CC00027 |
|---|---|
| Plaintiff/Petitioner:<br>LILIOKALANI MOSSMAN<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>Geoff S Meyerkord<br>2642 Highway 109<br>Suite F<br>Wildwood, MO 63040 |
| Defendant/Respondent:<br>KEVIN COGLE | Court Address:<br>300 N 2nd STREET<br>SAINT CHARLES, MO 63301 |
| Nature of Suit:<br>CC Pers Injury-Other | |

(Date File Stamp)

## Summons in Civil Case

**The State of Missouri to:** KEVIN COGLE
**Alias:**
55 NE 88TH ST.
EL PORTAL, FL 33138


COURT SEAL OF
ST. CHARLES COUNTY

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

January 14, 2021                          /S/ CHERYL CROWDER
Date                                              Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to: _____ (name) _____ (title).
☐ other: _____.

Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____                    _____
Printed Name of Sheriff or Server              Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**
Subscribed and sworn to before me on _____ (date).

(Seal)

My commission expires: _____         _____
                            Date                    Notary Public

| Sheriff's Fees, if applicable | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary Supplemental Surcharge | $ 10.00 |
| Mileage | $_____ ( _____ miles @ $._____ per mile) |
| Total | $_____ |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.



# IN THE 11TH JUDICIAL CIRCUIT, ST. CHARLES COUNTY, MISSOURI

| Judge or Division:<br>MICHAEL JAMES FAGRAS | Case Number: 2111-CC00027 |
|---|---|
| Plaintiff/Petitioner:<br>LILIOKALANI MOSSMAN<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address:<br>Geoff S Meyerkord<br>2642 Highway 109<br>Suite F<br>Wildwood, MO  63040 |
| Defendant/Respondent:<br>KEVIN COGLE | Court Address:<br>300 N 2nd STREET<br>SAINT CHARLES, MO  63301 |
| Nature of Suit:<br>CC Pers Injury-Other | (Date File Stamp) |

## Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

**The State of Missouri to:** KEVIN COGLE
**Alias:**
55 NE 88TH ST.
EL PORTAL, FL 33138

**COURT SEAL OF**
**ST. CHARLES COUNTY**

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the plaintiff/petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

| January 14, 2021 | /S/ CHERYL CROWDER |
|---|---|
| Date | Clerk |

Further Information:

### Officer's or Server's Affidavit of Service

I certify that:
1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is _____ of _____ County, _____ (state).
3. I have served the above summons by: (check one)
   ☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
   ☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
   ☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).
   ☐ other: _____.

Served at _____ (address)
in _____ County, _____ (state), on _____ (date) at _____ (time).

_____   _____
Printed Name of Sheriff or Server    Signature of Sheriff or Server

**Subscribed and sworn to** before me this _____ (day) _____ (month) _____ (year).
I am: (check one)  ☐ the clerk of the court of which affiant is an officer.
☐ the judge of the court of which affiant is an officer.
☐ authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
☐ authorized to administer oaths. (use for court-appointed server)

(Seal)

_____
Signature and Title

**Service Fees**
Summons    $_____
Non Est    $_____
Mileage    $_____ (_____ miles @ $_____ per mile)
Total      $_____

See the following page for directions to officer making return on service of summons.

## Directions to Officer Making Return on Service of Summons

A copy of the summons and a copy of the motion must be served on each defendant/respondent. If any defendant/respondent refuses to receive the copy of the summons and motion when offered, the return shall be prepared accordingly so as to show the offer of the officer to deliver the summons and motion and the defendant's/respondent's refusal to receive the same.

Service shall be made: (1) On Individual. On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and motion to the individual personally or by leaving a copy of the summons and motion at the individual's dwelling house or usual place of abode with some person of the family over 15 years of age who permanently resides with the defendant/respondent, or by delivering a copy of the summons and petition to an agent authorized by appointment or required by law to receive service of process; (2) On Guardian. On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and motion to the guardian personally; (3) On Corporation, Partnership or Other Unincorporated Association. On a corporation, partnership or unincorporated association, by delivering a copy of the summons and motion to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the defendant/respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body. Upon a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory of the United States. If served in a territory, substitute the word "territory" for the word "state."

The office making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths. This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must be made less than 10 days nor more than 30 days from the date the defendant/respondent is to appear in court. The return should be made promptly, and in any event so that it will reach the Missouri court within 30 days after service.

STATE OF MISSOURI            )
                             ) ss.
ST. CHARLES COUNTY, MISSOURI )

IN THE CIRCUIT COURT OF ST. CHARLES COUNTY, MISSOURI

**NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES**

Pursuant to Missouri Supreme Court Rule 17, the Circuit Court of St. Charles County, Missouri (Eleventh Judicial Circuit) has adopted a local rule to encourage voluntary alternative dispute resolution. The purpose of the rule and the program it establishes is to foster timely, economical, fair and voluntary settlements of lawsuits without delaying or interfering with a party's right to resolve a lawsuit by trial.

This program applies to all civil actions other than cases in the small claims, probate and family court divisions of the Circuit Court, and you are hereby notified that it is available to you in this case.

The program encourages the voluntary early resolution of disputes through mediation. Mediation is an informal non-binding alternative dispute resolution process in which a trained mediator facilitates discussions and negotiations among the parties to help them resolve their dispute. The mediator is impartial and has no authority to render a decision or impose a resolution on the parties. During the course of the mediation, the mediator may meet with the parties together and separately to discuss the dispute, to explore the parties' interests, and to stimulate ideas for resolution of the dispute.

A list of mediators approved by the court and information regarding their qualifications is kept by the Circuit Clerk's Office. If all parties to the suit agree to mediation, within ten days after they have filed the Consent to Mediation Form on the reverse side of this page with the Clerk of the Court, they shall jointly select from that list a mediator who is willing and available to serve. If the parties cannot agree upon the mediator to be selected, the Court will make the selection.

The full text of the Circuit Court's local court rules, including Rule 38 Alternative Dispute Resolution, is available from the Clerk of the Circuit Court or at:
http://www.courts.mo.gov/hosted/circuit11/Documents/LOCAL_COURT_RULES.pdf

A copy of this Notice is to be provided by the Clerk of the Circuit Court to each of the parties initiating the suit at the time it is filed, and a copy is to be served on each other party in the suit with the summons and petition served on that party.

STATE OF MISSOURI            )
                             ) ss.
ST. CHARLES COUNTY, MISSOURI )

IN THE CIRCUIT COURT OF ST. CHARLES COUNTY, MISSOURI

_____ )
                 Plaintiff(s), )
                               )
vs.                            )          Cause #_____
                               )
_____ )
                 Defendant(s). )

## CONSENT TO MEDIATION FORM

     I, the undersigned counsel of record in this case, hereby certify that I have discussed the subject of mediation under the Court's Alternative Dispute Resolution Program with my client(s) in this case and that:

_____  We believe that mediation would be helpful in this case and consent to the referral of the case to mediation upon the filing of similar consents by all other parties in the case.

_____  We do not consent to the referral of this case to mediation.

_____
Signature

_____
(Print Name)

Attorney for:

_____
(Party or Parties)

Date: _____

Electronically Filed - St Charles Circuit Div - January 14, 2021 - 02:37 PM



## IN THE ELEVENTH JUDICIAL CIRCUIT, ST CHARLES COUNTY, MISSOURI

| Judge or Division: | Case Number: 2111-CC00027 |
|---|---|
| Plaintiff: Liliokalani Mossman | Defendant: Kevin Logle |
| | (Date File Stamp) |

## REQUEST FOR APPOINTMENT OF SPECIAL PROCESS SERVER

Comes now **Plaintiff**, pursuant to Local Court Rule 4.2.1 and at his/her/its own risk, requests the appointment of:

Henry Pinto        PO BOX 270471 St. Louis MO 63127    314-966-5585
**Name of Process Server**        **Address**        **Telephone**

_____        _____        _____
**Name of Process Server**        **Address**        **Telephone**

a person(s) of lawful age to serve the summons and petition in this cause on the below named parties. This appointment as special process server does not include the authorization to carry a concealed weapon in the performance thereof.

**SERVE:**  
Name: Kevin Logle  
Address: 55 NE 88th St.  
City/State/Zip: El Portal, FL 33138

**SERVE:**  
Name: _____  
Address: _____  
City/State/Zip: _____

**Appointed as requested:**
**Judy Zerr, Circuit Clerk**

By _____        Date _____
       Deputy Clerk

CIV030



## IN THE ELEVENTH JUDICIAL CIRCUIT, ST CHARLES COUNTY, MISSOURI

| Judge or Division: | Case Number: 2111-CC00027 |
|---|---|
| Plaintiff: Liliokalani Mossman | Defendant: Kevin Logle |

(Date File Stamp)

### REQUEST FOR APPOINTMENT OF SPECIAL PROCESS SERVER

Comes now **Plaintiff**, pursuant to Local Court Rule 4.2.1 and at his/her/its own risk, requests the appointment of:

Henry Pinto          PO BOX 270471 St. Louis MO 63127    314-966-5585

Name of Process Server    Address    Telephone

_____    _____    _____

Name of Process Server    Address    Telephone

a person(s) of lawful age to serve the summons and petition in this cause on the below named parties. This appointment as special process server does not include the authorization to carry a concealed weapon in the performance thereof.

**SERVE:**
Kevin Logle
Name
55 NE 88th St.
Address
El Portal, FL 33138
City/State/Zip

**SERVE:**
_____
Name
_____
Address
_____
City/State/Zip

ALL RISKS TO PLAINTIFF SO APPOINTED:

DATE: 1/14/21

By: Danielle Hebold

CHERYL CROWDER, CIRCUIT CLERK

**Appointed as requested:**
Circuit Clerk

By _____
Deputy Clerk

Date _____

CIV030

Electronically Filed - St Charles Circuit Div - January 14, 2021 - 02:37 PM

Electronically Filed - St Charles Circuit Div - January 15, 2021 - 12:13 PM

IN THE CIRCUIT COURT OF ST. CHARLES COUNTY
STATE OF MISSOURI

| | |
|---|---|
| LILIOKALANI MOSSMAN )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>KEVIN COGLE )<br>)<br>)<br>)<br>Defendant. ) | Case No.: 2111-CC00027<br><br>JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of Plaintiff's First Set of Interrogatories, Requests for Production, and Requests for Admission will be served on all parties at the time the Summons is served.

Respectfully submitted,

GEOFF MEYERKORD LAW FIRM, LC

By: /s/ Geoff Meyerkord
Geoff Meyerkord #46556
Tara Knowlton #72342
Attorneys for Plaintiffs
2642 Hwy 109 Suite F
Wildwood, MO 63040
Tel. 314-500-6000
Fax. 314-500-2020
geoff@geofflawfirm.com
tara@geofflawfirm.com